FILED

AUG - 3 2009

STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

## UNITED STATES BANKRUPTY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

In re:                                          Case No.:        **09-01032-8-ATS**

**GARY KEVIN COATS,**                           Chapter:         **7**

   **Debtor.**

**TOLER WORKMAN RATLEDGE**                       Adversary Proceeding No.

   **v.**

**GARY KEVIN COATS**

### ANSWER

The Defendant hereby answers the Complaint of the Plaintiff and alleges and says:

1.      Admitted.

2.      Admitted upon information and belief.

3.      Admitted.

### Jurisdiction and Venue

4.      Admitted.

5.      Admitted.

### Requested Relief

6.      Admitted.

7.      Admitted.

8.      Denied.

8a.     Admitted.

8b.     Admitted.

8c.     Admitted.

8d.     Denied.

8e.     Denied.

8f.     Denied.

8g.     Denied.

8h.     Denied.

8i.     Denied.

8j.     Denied.

8k.     Denied.

8l.     Denied.

8m.     Admitted.

8n.     Denied.

8o.     Denied.

8p.     Denied.

8q.     Denied.

8r.     Denied.

8s.     Denied.

8t.     Denied.

8u.     Admitted.

8v.     Admitted.

8w.     Admitted.

8x.     Denied.  Title was delivered to Defendant on or about August 25, 2008. Exhibit A (attached) will show a copy of the Defendant's payment to FedEx to have the title sent by overnight mail to the Plaintiff.  Exhibit B (attached) will show a copy of the

Defendant's payment to FedEx for notary services to notarize the Defendant's signature on the title to transfer to the Plaintiff.

8y.      Denied.

8y1.    Denied.

8y2.    Denied.

8z.      Admitted.

8aa.    Denied.  Defendant was mistaken as to Plaintiff's question.

8bb.    Admitted.

8cc.    Denied.

8dd.    Denied.

8ee.    Denied.

9.        Denied.

10.      Denied.

11.      Denied.

12.      Denied.

13.      Denied.

14.      Denied.

15.      Denied.

16.      Denied.

**WHEREFORE, the Defendant prays of this Honorable Court, as follows:**

1.    That Plaintiff have and recover nothing of the Defendant and that Plaintiff's Adversary Proceeding be dismissed.

2.    That costs be taxed to Plaintiff.

3.    That Plaintiff be compelled to accept title to said vehicle.

4.      For such other and further relief as the Court deems just and proper.


Respectfully submitted this the _____ day of July, 2009.


By:_____
Gary Kevin Coats
3753 Blue Ridge Road,
Raleigh, NC  27612

## CERTIFICATE OF SERVICE

I, Gary Kevin Coats, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on ___7/29/09___, I served a copy of the Answer, by first-class mail, postage prepaid, upon the following parties:

Clerk of the Bankruptcy Court
P.O. Box 1441
Raleigh, NC 27602-1441

James E.R. Ratledge
Wilson & Ratledge, P.L.L.C.
4600 Marriott Drive
Suite 400
Raleigh, NC 27612


Gary Kevin Coats

Exhibit A

**FedEx** Express
**US Airbill**

RETAIN THIS COPY FOR YOUR RECORDS.

Sender's Copy

FedEx Tracking Number: 8672 3755 0117

**1 From** Please print and press hard.

Date 8/24/08

Sender's FedEx Account Number: SENDER'S FEDEX ACCOUNT NUMBER

Sender's Name: LEVIN COATS    Phone (919) 381-7373

Company: RALEIGH

Address: 317 W MORGAN STREET
512    Dept/Floor/Suite/Room

City RALEIGH   State NC   ZIP 27601

INTERNAL

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name: BUNNY RATLEDGE   Phone (919) 389-7373

Company:

Recipient's Address: 1713 KNOX ROAD
Dept/Floor/Suite/Room

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address:

City RALEIGH   State NC   ZIP 27608

**4a Express Package Service**     Packages up to 150 lbs.

☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**     Packages over 150 lbs.

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**

☐ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**

☐ SATURDAY Delivery
☐ HOLD Weekday
☐ HOLD Saturday

Does this shipment contain dangerous goods?
☐ No   ☐ Yes   ☐ Yes   ☐ Cargo Aircraft Only
☐ Dry Ice

**7 Payment** Bill to:

☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages    Total Weight    Total Declared Value $      .00

**8 Residential Delivery Signature Options**

☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

520



**FedEx** Kinko's

FedEx Kinko's
2712 Hillsborough St
Raleigh, NC 27607-7133
(919) 832-4533

8/24/2008                    4:43:29 PM EST
Trans.: 1227                  Branch: 1519
Register: 002                 Till:03151023
Team Member: Brett B.

SALE



```
* 1 5 1 9 0 0 2 1 2 2 7 *
```

Notary Services                    5.00 N
0388              1.00 @ 5.0000

Sub-Total                          5.00
Deposit                            0.00
 Tax                               0.00
Total                              5.00
  Cash                             5.00
Total Tender                       5.00
Change Due                         0.00


Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy

