**SO ORDERED.**

**SIGNED this 23 day of September, 2009.**

_____
**Randy D. Doub**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                          CASE NO.

**GARY KEVIN COATS,**                 **09-01032-8-JRL**

      **DEBTORS**


**TOLER RATLEDGE,**

    **Plaintiff**                         **ADVERSARY PROCEEDING NO.**

    **v.**                                  **09-00141-8-RDD**

**GARY KEVIN COATS,**

    **Defendant.**

## PRETRIAL SCHEDULING ORDER

      Based upon the information obtained from the preliminary pretrial conference held on September 22, 2009,

      **IT IS HEREBY ORDERED** that:

      (1)    Each party shall be allowed interrogatories and depositions as set by the bankruptcy rules.

      (2)    The deadline for Rule 26(a)(1) disclosures is **October 31, 2009.**


      (3)    All discovery shall be completed by **December 31, 2009.**

(4)    Parties may request mediation pursuant to E.D.N.C. LBR 9019-2(1)(d).

(5)    All motions shall be filed by **January 31, 2010.**

(6)    The final pretrial conference will be held by telephone in March, 2010.  **(Specific date and time to be provided by later notice.)**

The court will initiate the telephone conference.  The cost of the call is the responsibility of the plaintiff.  The clerk's office will contact the conference operator to schedule the call.  The operator will be informed at the time of the party responsible for the charges.  The operator will be instructed to call the judge last.

The conference call will involve the following parties at the indicated telephone numbers:

| | |
|---|---|
| Judge Randy D. Doub | (252) 291-6413 |
| James E. R. Ratledge | (919) 787-7711 |
| Gary Kevin Coats | (919) 389-7373 |

Counsel shall prepare for the pretrial conference pursuant to Local Bankruptcy Rule No. 7016-1(b), EDNC and shall be fully prepared to present to the court all information and documentation necessary for completion of the pretrial order. **The pretrial order shall be filed ten (10) days prior to scheduled date of trial.**

(7)    The trial of this adversary proceeding has been scheduled in April, 2010.  **(Specific date, time and location to be provided by later notice.)**

**"End of Document"**